

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/28/2016

IN RE:  
Ernest R. Johnson and Kimberly S. Johnson

CASE NO. 10–40870  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*115* – Motion to Deposit Funds into Court Registry. Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 2,655.00  
Owed to: ATTORNEY GENERAL CHILD SUPPORT

Signed and Entered on Docket: 1/28/16.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.